Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Boulevard, Suite 290
Walnut Creek, CA 94596
Telephone: (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorney for Plaintiff
Behruz Bonshahi, an individual

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHRUZ BONSHAHI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LAZY DOG RESTAURANTS, LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:22-cv-03485-JD <br><br> **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Behruz Bonshahi and defendant Lazy Dog Restaurants, LLC hereby stipulate through their respective counsel that this action may be dismissed in its entirety with prejudice. The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPUATED.**

Dated: March 28, 2023

LAW OFFICE OF JASON G. GONG
*A Professional Corporation*

By: /s/ Jason G. Gong
Jason G. Gong
Attorney for Plaintiff
Behruz Bonshahi

-2-

| | |
|---|---|
| Dated:  March 28, 2023 | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| | By:  */s/ Hayley S. Grunvald*<br>Hayley S. Grunvald<br>Moji Saniefar<br>Attorneys for Defendant<br>Lazy Dog Restaurants, LLC |

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory whose signature is indicated above by a conformed signature ("/s/") within this e-filed document.

| | |
|---|---|
| Dated:  March 28, 2023 | */s/ Jason G. Gong*<br>Jason G. Gong |

SMRH:4857-4018-8250.1